IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01522-WYD-BNB

MELVIN B. "MEL" BERNSTEIN; MELANIE FLANELL-BERNSTEIN;
JAY BERNSTEIN; and MIKE BERNSTEIN,

    Plaintiffs,

v.

DISCOVERY COMMUNICATIONS, INC., a Delaware Corporation; and
ANTHROPIC PRODUCTIONS, CORP, a California Corporation,

    Defendants.

## ORDER

    THIS MATTER comes before the Court on the Joint Unopposed Motion to Compel Arbitration and Stay the Fifth and Sixth Causes of Action Asserted by Plaintiff Melanie Flanell-Bernstein filed by Defendants Discovery Communications, LLC and Anthropic Productions, Corp.  The Court, having reviewed the motion and being fully advised in the premises,

    ORDERS that Defendants' Joint Unopposed Motion to Compel Arbitration and Stay the Fifth and Sixth Causes of Action Asserted by Plaintiff Melanie Flanell-Bernstein (ECF No. 35) is **GRANTED.**  In accordance therewith, it is

    ORDERED that the Fifth and Sixth Causes of Action asserted by Plaintiff Melanie Flanell-Bernstein are submitted to arbitration and **STAYED** pending the arbitration's outcome.  All remaining claims are not stayed.

Dated: October 3, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE