IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01522-WYD-BNB

MELVIN B. "MEL" BERNSTEIN; MELANIE FLANELL-BERNSTEIN;
JAY BERNSTEIN; and MIKE BERNSTEIN,

    Plaintiffs,

v.

DISCOVERY COMMUNICATIONS, INC., a Delaware Corporation; and
ANTHROPIC PRODUCTIONS, CORP, a California Corporation,

    Defendants.

---

**ORDER**

---

    THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice of the Claims of Plaintiffs Mike Bernstein and Jay Bernstein filed October 16, 2013. After a careful review of the Stipulation and the file, it is

    ORDERED that the Stipulation for Dismissal With Prejudice of the Claims of Plaintiffs Mike Bernstein and Jay Bernstein is **APPROVED**.  The claims of Plaintiffs Mike Bernstein and Jay Bernstein are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.  Mike Bernstein and Jay Bernstein shall hereafter be taken off the caption.  The claims of the remaining Plaintiffs remain pending.

    Dated:  October 16, 2013

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge