IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01522-WYD-BNB

MELVIN B. "MEL" BERNSTEIN, and
MELANIE FLANNELL-BERNSTEIN,

Plaintiffs,

v.

DISCOVERY COMMUNICATIONS, LLC, a Delaware corporation, and
ANTHROPIC PRODUCTIONS, CORP., a California corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **Defendant Anthropic Productions Corp.'s Motion for Leave to File Counterclaim and Third Party Complaint** [Doc. # 50], which is unopposed, is GRANTED;

      (2)    The Clerk of the Court is directed to accept for filing Defendant Anthropic Productions Corp.'s Counterclaim and Third Party Complaint [Doc. # 50-1];

      (3)    **Defendant Discovery Communications, LLC's <u>Unopposed</u> Motion for Leave to File Counterclaim Against Plaintiff Mel Bernstein and Third Party Complaint Against Michael Bernstein, Jay Bernstein, Dragon Arms, Inc. and Skull Enterprises, LLC**, [Doc. # 51] is GRANTED; and

      (4)    The Clerk of the Court is directed to accept for filing Defendant Discovery Communications, LLC's Counterclaim Against Plaintiff Mel Bernstein and Third Party Complaint Against Michael Bernstein, Jay Bernstein, Dragon Arms, Inc. and Skull Enterprises, LLC, [Doc. # 51-1].

DATED: January 6, 2014