IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01522-WYD-BNB

MELVIN B. "MEL" BERNSTEIN; and
MELANIE FLANELL-BERNSTEIN,

    Plaintiffs,

v.

DISCOVERY COMMUNICATIONS, INC., a Delaware Corporation; and
ANTHROPIC PRODUCTIONS, CORP, a California Corporation,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice of Complaint and Counterclaims filed March 21, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal With Prejudice of Complaint and Counterclaims (ECF No. 61) is **APPROVED**.  The Complaint and Counterclaims are **DISMISSED WITH PREJUDICE**, each party to pay his, her or its own costs and attorney fees.  It is

FURTHER ORDERED that all third-party claims are **DISMISSED WITH PREJUDICE** in accordance with the Notice of Voluntary Dismissal of Third-Party Claims filed March 21, 2014 (ECF No. 62).

Dated: March 27, 2014

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge